IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-31738 |
| Derek S. Farris<br>Leslie M. Farris | CHAPTER 13 |
| | JUDGE Harry C. Dees, Jr. |
| Debtors. | |

**ORDER GRANTING MOTION CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY**

This matter came before the Court on the Motion for Order Confirming Inapplicability of the Automatic Stay under 11 U.S.C. §362 (c)(4)(A)(a) (the 'Motion') filed by U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust ('Movant') at Docket No. 19. Movant has alleged that good cause for granting the Motion exists, and that the Debtor, the Chapter 13 Trustee and all other necessary parties were served with the Motion and with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Motion is granted confirming that under §362(c)(4)(A)(i) of the Bankruptcy Code, the stay imposed by §362(a) is not in effect in the current case.

DATED: _____         _____
                                                                                  Judge Harry C. Dees, Jr.
                                                                                  United States Bankruptcy Court

D. Anthony Sottile (27696-49)
Jon Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com


DISTRIBUTION:

Derek S. Farris
Leslie M. Farris
57607 Boulder Court
Goshen, IN 46528

Miguel F. Martinez
Law Office of Moseley & Martinez, LLC
1559 East 85th Avenue
Merrillville, IN 46410
mmartinez@mm-bklaw.com
Debtors' Counsel

Debra L. Miller
P.O. Box 11550
South Bend, IN 46634
dmecf@trustee13.com
Chapter 13 Trustee

Nancy J. Gargula
One Michiana Square Building Suite 555 100 East Wayne Street
South Bend, IN 46601
USTPRegion10.SO.ECF@usdoj.gov
Office of the US Trustee